UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BRAD SCHILLER<br>          Plaintiff,<br><br>v.<br><br><br>MANN BRACKEN LLC,<br>          Defendant(s). | NOTICE OF REMOVAL |

To the Honorable Judges of the United States District Court for the Southern District of Iowa:

The Petitioner in the above-entitled action respectfully states:

1: On April 1, 2008, an action was commenced solely against the Petitioner in the Iowa District Court for Story County, Small Claims Division, said action being entitled Brad Schiller, Plaintiff, versus Mann Bracken LLC, Defendant, Case Number SCSC044775. Defendant was served with an Original Notice, copies of which are hereto attached.

2: The above titled action is a civil action of which this court has original jurisdiction under 28 U.S.C.A Section 1331 and is an action which may be removed to this court under 28 U.S.C.A. 1441.

3: The Plaintiff, Brad Schiller has asserted several violations of 15 U.S.C Section 1692 also known as the Federal Fair Debt Collections Practices Act.

4: The Petitioner has attached hereto copies of all process, pleadings and orders served upon him in said action.

5: Written notice has been given to all adverse parties of the filing of this Notice of Removal

Dated this 2nd day of May, 2008.          /s/Charles L. Litow_____
                                               Charles L. Litow LI0015344
                                               Litow Law Office, P.C.
                                               P.O. Box 2165
                                               Cedar Rapids, IA 52406
                                               Telephone:     (319) 362-3000
                                               Facsimile:     (319) 362-3277
                                               ATTORNEY FOR DEFENDANT

OFN 222039          YFN
CFN