

**CORPORATION SERVICE COMPANY**

## Notice of Service of Process

KUB / ALL
Transmittal Number: 5666527
Date Processed: 04/04/2008

| | |
|---|---|
| Primary Contact: | Mr. James Branton<br>Mann Bracken, LLC<br>1 Paces West<br>Suite 1400 2727 Paces Ferry Road<br>Atlanta, GA 30339 |
| Entity: | Mann Bracken, LLC<br>Entity ID Number 2231274 |
| Entity Served: | Mann Bracken LLC |
| Title of Action: | Brad Schitler vs. Mann Bracken LLC |
| Document(s) Type: | Notice |
| Nature of Action: | Other |
| Court: | District Court for Story County, Iowa |
| Case Number: | SCSC044775 |
| Jurisdiction Served: | Iowa |
| Date Served on CSC: | 04/03/2008 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | Jonathan A. Coy<br>515-233-2052 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

## IN THE DISTRICT COURT OF IOWA, STORY COUNTY
### SMALL CLAIMS DIVISION

| | |
|---|---|
| Brad Schiller<br>904 T Avenue<br>Nevada, Iowa 50201<br>    Plaintiff<br><br>v.<br><br>Mann Bracken, LLC<br>c/o Lexis Document Services Inc.<br>729 Ins Exchange Building<br>Des Moines, Iowa 50309<br>    Defendant | Case No: SCSC 044775<br><br>Small Claims Original Notice<br>(Action for Money Judgment) |

**TO THE ABOVE NAMED DEFENDANT,**

**YOU ARE HEREBY NOTIFIED** that the Plaintiff demands from you the following amounts:

$5,000.00 for actual and statutory damages pursuant to Iowa Code § 537.5201(1)(y) and 15 U.S.C. §§1692k(a)(1) and 1692k(a)(2)(A) for violation of the Iowa Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act. In addition to the statutory and actual damages, the Plaintiff respectfully requests that the Court order the Defendant to pay the costs of this action and Plaintiff's reasonable attorney fees pursuant to Iowa Code § 537.5201(8) and 15 U.S.C. § 1692k(a)(3) and any other relief deemed equitable in the premise. A document in support of this claim has been attached to this Petition and is incorporated by reference.

**UNLESS YOU APPEAR** by completing and filing the attached APPEARANCE AND ANSWER FORM with the Clerk of the District Court of Story County, Small Claims Division, 515 Clark, Ames, Iowa 50010 within 20 days after service of this Original Notice upon you, judgment shall be rendered against you upon Plaintiff's claim together with interest and costs.

**IF YOU DENY THE CLAIM AND APPEAR** by filing the attached APPEARANCE AND ANSWER FORM within 20 days after service of this Original Notice upon you, you will then receive notification from the Clerk of the District Court's office of the place and time for hearing

Respectfully submitted,

Thornton & Coy Law Office, PLC

By: _____
Jonathan A. Coy    AT 0001720
Iowa 218 & B 16th Street, Suite 102
o, Ames, Iowa 50010
(515) 233.2052 / (f) (515) 233.2095
coy@thorntonlawoffice.net
ATTORNEY FOR PLAINTIFF

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394. (If you are hearing impaired, call Relay Iowa TTY at this number 1-800-735-2942).

1. The Plaintiff, Brad Schiller, filed for bankruptcy on January 8, 2008 in the Southern District of Iowa, Case Number 08-00060-hmj7. All debts owed by the Plaintiff, including one owed to the Defendant, were listed in the Plaintiff's Bankruptcy Petition. Notices to the Creditors that the Plaintiff had filed for bankruptcy were mailed on or about January 11, 2008. The Bankruptcy Court's Certificate of Mailing indicates that the Defendant was mailed a copy of the Bankruptcy Notice.

2. The Defendant violated Iowa Code §537.7103(1)(f) when it contacted the Plaintiff to collect a debt during the pendency of the Bankruptcy.

3. The Defendant violated Iowa Code §537.7103(5)(e) and 15 U.S.C. §1692c(a)(2) when it contacted the Plaintiff when it knew that the Plaintiff was represented by an attorney an attorney and the attorney's name and address had been provided to the Defendant.

4. The Defendant violated 15 U.S.C. §1692e(10) when it contacted the Plaintiff in an attempt to collect a debt after receiving notice that the Plaintiff was attempting to discharge the debt through Bankruptcy.

5. The Plaintiff is entitled to actual damages when the Plaintiff establishes that the Defendant failed to comply with any provision of the Federal Fair Debt Collection Practices Act. See 15 U.S.C. §1692k(a)(1).

6. The Plaintiff is entitled to statutory damages of $1,000.00 when the Plaintiff establishes that the Defendant failed to comply with any provision of the Federal Fair Debt Collection Practices Act. See 15 U.S.C. § 192k(a)(2)(A).

7. The Plaintiff is entitled to an award of the costs of this action and reasonable attorney fees when the Plaintiff establishes that the Defendant violated the Federal Fair Debt Collection Practices Act. See 15 U.S.C. § 192k(a)(3).

8. The Plaintiff is entitled to recover actual damages when the Plaintiff establishes that the Defendant failed to comply with any provision of the Iowa Consumer Protection Act. See Iowa Code § 537.5201(1)(y).

9. The Plaintiff is entitled to recover statutory damages of $1000.00 when the Plaintiff establishes that the Defendant failed to comply with any provision of the Iowa Consumer Protection Act. See Iowa Code § 537.5201(1)(y).

10. The Plaintiff is entitled to an award of the costs of this action and reasonable attorney fees when the Plaintiff establishes that the Defendant violated the Iowa Consumer Protection Act. See Iowa Code § 537.5201(8).



# IN THE DISTRICT COURT OF IOWA, STORY
## SMALL CLAIMS DIVISION

| | |
|---|---|
| BRAD SCHILLER,<br><br>*Plaintiff,*<br><br>vs.<br><br>MANN BRACKEN, LLC,<br><br>*Defendant.* | CIVIL ACTION FILE<br>NO.: SCSC 044775 |

## ANSWER OF DEFENDANT MANN BRACKEN, LLC

COMES NOW, Defendant MANN BRACKEN, LLC (hereinafter "MB"), by and through the undersigned counsel, and hereby files its Answer to the Complaint for damages in the above-captioned case, and shows this Court the following:

### FIRST DEFENSE

Plaintiff's claims fail to state a claim upon which relief may be granted.

### SECOND DEFENSE

Plaintiff's claims fail due to insufficiency of service of process, and lack of personal jurisdiction.

## THIRD DEFENSE

Plaintiff lacks standing to assert all or part of the claims set forth in the Complaint.

## FOURTH DEFENSE

Plaintiff's claims are barred by the doctrine of waiver.

## FIFTH DEFENSE

Plaintiff's claims are barred by the doctrine of estoppel.

## SIXTH DEFENSE

For its Sixth defense, MB responds to the enumerated paragraphs of the complaint as follows:

(1)

For lack of sufficient information, the allegations contained in paragraph 1 of the Complaint are hereby denied.

(2)

The allegations contained in paragraph 2 of the Complaint are hereby denied.

(3)

The allegations contained in paragraph 3 of the Complaint are hereby denied.

(4)

The allegations contained in paragraph 4 of the Complaint are hereby denied.

(5)

The allegations set forth in paragraph 5 of the Complaint are hereby denied.

(6)

The allegations contained in paragraph 6 of the Complaint are hereby denied.

(7)

The allegations contained in paragraph 7 of the Complaint are hereby denied.

(8)

The allegations contained in paragraph 8 of the Complaint are hereby denied.

(9)

The allegations contained in paragraph 9 of the Complaint are hereby denied.

(11)

The allegations contained in paragraph 11 of the Complaint are hereby denied.

## NINTH DEFENSE

Any allegations contained in Plaintiff's complaint not expressly admitted or denied herein are hereby denied.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant MB demands judgment in its favor, that it be dismissed with prejudice from this action, that all costs be cast upon Plaintiff, that it be awarded reasonable attorney fees and costs as provided for under applicable law and for such other relief as this Court deems just and proper.

This 22nd day of April, 2008.

Respectfully submitted.

**Charles L. Litow AT0004732**
**Litow Law Office, P.C.**
**P.O. Box 2165**
**Cedar Rapids, IA 52406**
**Telephone:   (319) 362-3000**
**Facsimile:   (319) 362-3277**
Attorney for Defendant

MANN BRACKEN, LLC
One Paces West, Suite 1400
2727 Paces Ferry Road
Atlanta, GA 30339
678.801.2352

4